IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HASANI LEE, and TONI WIGGINS,

Plaintiffs,

vs.

KENNEDY EAST LIHTC, LLC, SELDIN PROPERTY MANAGEMENT, LLC, DAWN KLICH-STEWART, individually and as agent; MARLON OKEREKE, individually and as agent; TARA E. HOLTERHAUS, (Bar No. 26676), individually and in her professional capacity; ETHAN A. SOTAK, (Bar No. 28527), individually and in her professional capacity; SPENCER FANE LLP, KUTAK ROCK LLP, STEVEN R. HOGANII, individually and in his professional capacity; ROCKY AMEND, Constable, individually; and JOHN AND JANE DOES 1-50,

Defendants.

**8:26CV411**

**ORDER**

Plaintiffs Hasani Lee and Toni Wiggins, non-prisoners, filed separate Motions for Leave to Proceed in Forma Pauperis. Filing Nos. 2 and 3. Upon review of Plaintiffs' Motions, the Court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in their case will be for the Court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 13th day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge